No. 497. MATTHEWS, TRUSTEE, v. UNITED STATES. November 12, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Sam Costen* for petitioner. *Solicitor General Biddle* for the United States.

No. 501. TILLES v. COMMISSIONER OF INTERNAL REVENUE. November 12, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Harry B. Hawes* and *Carl L. Ristine* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. J. Louis Monarch* and *Thomas E. Harris* for respondent.

No. 505. KESSEL ET AL. v. VIDRIO PRODUCTS CORP. November 12, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. J. Robert Cohler* for petitioners. *Messrs. Russell Wiles, George A. Chritton,* and *Jules L. Brady* for respondent.

No. 492. PRICE v. MOINET, U. S. DISTRICT JUDGE. November 18, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit, and motion for leave to proceed further *in forma pauperis,* denied for the reason that the Court, upon examination of the papers herein submitted, finds that the application for a writ of certiorari was not filed within the time provided by law. Section 8 (a), Act of February 13, 1925 (43 Stat. 936, 940). *Homer C. Price, pro se.*

No. 546. IN RE CAMPBELL. November 18, 1940. Petition for writ of certiorari to the Court of Appeals for